IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
AT NEW YORK CITY, NEW YORK

Kelli Prather 38314-509
Atwood Satellite Camp
P.O. Box 14525
Lexington, KY 40512
     Plaintiff

CASE No.

**26 CV 2479**

JUDGE

vs.

President Donald J Trump
Vice President J.D. Vance
President Vladimir Putin
United States Senator Charles Schumer
United States Senator Sherrod Brown
United States Senator Rob Portman
United States Senator Jon Husted
United States Senator Bernie Moreno
United States Senator Mitch McConnell
Governor Andrew Cuomo
Ohio Attorney General Dave Yost
Senior Assistant Ohio Attorney General Justin Radio
Assistant Ohio Attorney General Vincent Alex Miller
David Day, Investigator Ohio OT, PT and AT Board
Attorney Timothy J. McCinnis
Carl Linder Jr.
Commissioner Don Garber
Jeff Berding
New York Coalition of Quality Assisted Living
Attorney Raphael Treitel
At Home Therapy Services
Attorney Joseph Treitel
Martin J. Amsel
Dr. Oswald Nemon
Dr. Rafael Patel
Yuriy Markishan
Jonathan Dembitzer
Olga Khabinsky
WCH Service Bureau
Rio Consulting Group
Aleksandr Behrman
Coney Island Medical Group
Sergey Beck
Viktor Patel
     Defendants

2026 MAR 25 PM 2:23
RECEIVED
SDNY PRO SE OFFICE

## INITIAL COMPLAINT

Now comes Pro Se Defendant Kelli Prather, Informa Pauperis pursuant to 1 Federal Habeas Corpus Practice and Procedure, Federal Rule of Civil Procedure 8 (hereinafter the Fed.Civ.P.8) requesting this Honorable court bring the Defendants forward to answer for violations of 1 U.S.C.S. 1 Rule 44 Miscellaneous and Unlawful acts. Each Defendant participated in Unlawful acts of corporate, political and judicial malfeasance that should be tried under the Racketeering Influenced Corrupt

Organization Act. This corrupt organization misappropriated federal funds through malfeasance in finance, real estate, Medicare and Medicaid false claims, community and economic development projects. The Defendants abused their power when they violated Acts of Congress, committed violations of the Coronavirus Aid Relief and Economic Security Act of 2020 (CARES of 2020). Additionally, Ms. Prather asserts that this organization violated her rights under the Constitution of the United States of America (the Constitution), the Ohio State Constitution and the Constitution of the State of New York.

Ms. Kelli Prather is an author, an occupational therapist, a journalist, she is the sole proprietor of one professional corporation in New York, seven small for profit businesses in Ohio and two not-for-profit corporations in Ohio. As a result of the Defendants actions, Ms. Prather is requesting that this Honorable Court Grants her a sum certain of $5,270,380.000.00.

On November 20, 2007, Ms. Kelli Prather was escorted to the New York Attorney General Andrew Cuomo's Office by Attorney Timothy J. McCinnis, to file a Qui Tam Complaint against the Defendants. The Defendants engaged in Medicare and Medicaid fraud schemes using this Defendants information. On November 27, 2007, Attorney General Cuomo's office mailed a complete copy of the deposition of the interview between Ms. Prather and investigators to one of Ms. Prather's primary contractors Attorney Rafael (At Home Therapy Services) and Attorney Joseph Treitel (CHE Psychological Services) at the following address

CHE Psychological Services
5110 12th Avenue, Floor 2
Brooklyn, NY 11214.
As a result, these Defendants subjected the Plaintiff to 18 years of cruel and unusual punishment and patterns of extreme abuse. Defendant was blackballed, black-listed, denied contracts, barred from filing federal bankruptcy, subjected to political sabotage, rendered homeless, unjustly charged, railroaded and falsely imprisoned. life. Ms Kelli Prather was subjected to slander, libel, defamation of character and ultimately her life, livelihood and freedom has been placed in jeopardy.

Ms. Kelli Prather is entitled to all rights guaranteed under the Constitution of the United States. As a result of this extreme miscarriage of justice that Ms. Kelli Prather was subjected to, she is petitioning this Honorable court to GRANT monetary relief in a sum certain of $5,270,380,000.00.

Prayerfully, this Honorable Court will GRANT Ms. Kelli Prather monetary relief in the sum certain of $5,270,380,000.00.

Respectfully submitted,

Kelli Prather 38314-509
Atwood Satellite Camp
P.O. Box 14525
Lexington, KY 40512-4525

CERTIFICATE OF SERVICE

This initial Complaint will be served upon the United States District Court for the Southern District of New York at New York City, NY and each Defendant via Certified U.S.P.S. Mail.

Name: KELLI PRATHER
Signature: By : kelliprather UCC1-308
Date:        ALL RIGHTS RESERVED
              March 17, 2026.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KELLI PRATHER,                              :    Case No. 1:25-cv-679
                                            :
        Plaintiff,                          :
                                            :
                                            :    District Judge Douglas R. Cole
vs.                                         :    Magistrate Judge Kimberly A. Jolson
                                            :
UNITED STATES OF AMERICA, et al.,           :
                                            :
        Defendants.                         :

---

ORDER GRANTING PRISONER *IN FORMA
PAUPERIS* STATUS AND ORDERING THE
COLLECTION OF THE FULL FILING FEE

---

This action is before the Court on Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 4). For the reasons that follow, Plaintiff's motion is **GRANTED.**

In accordance with section 804(a)(3) of the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915(b)(1), Plaintiff must pay an initial partial filing fee of 20 percent of the greater of the average monthly deposits to Plaintiff's prison account or the average monthly balance in the account for the six month period immediately preceding the filing of the Complaint. After payment of the initial partial filing fee, Plaintiff is further required to make monthly payments of 20 percent of the preceding month's income credited to the prison account until the full amount of the filing fee is paid. 28 U.S.C. § 1915(b)(2).

Plaintiff's application and trust fund account statement reveal that Plaintiff has insufficient funds to pay the full filing fee.

After consideration by this Court of the Plaintiff's affidavit of indigence only, without regard to the merits of this case, Plaintiff's motion to proceed *in forma pauperis* (Doc. 1) is hereby

GRANTED pursuant to 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), the custodian of Plaintiff's inmate trust fund account at the institution where Plaintiff now resides is directed to calculate, as an initial partial payment, twenty percent (20%) of the greater of:

(a) the average monthly deposits to the inmate trust account; or

(b) the average monthly balance in the inmate trust account, for the six (6) months immediately preceding September 16, 2025. The custodian is **ORDERED** to complete and to submit to the Clerk of Court in Cincinnati, Ohio the attached form showing his calculation of the initial partial filing fee. The custodian is further **ORDERED** to forward from Plaintiff's prison account to the Clerk of Court located in Cincinnati, Ohio the initial partial filing fee, as funds become available in Plaintiff's account until the initial filing fee is paid. Even if the account is under ten dollars ($10.00), the custodian must still forward payments to the Clerk of Court to pay the initial filing fee.

After full payment of the initial partial filing fee, the custodian shall forward to the Clerk of Court located in Cincinnati, Ohio monthly payments of twenty percent (20%) of Plaintiff's preceding monthly income credited to his prison account, but only when the amount in the account exceeds ten dollars ($10.00), until the full fee of three hundred and fifty dollars ($350.00) has been paid to the Clerk of the Court. 28 U.S.C. § 1915(b)(2).

The Clerk of Court is **DIRECTED** to send a copy of this Order to the institutional cashier.

*The prisoner's name and case number __must__ be noted on each remittance.*

Checks are to be made payable to:  Clerk, U.S. District Court.

Checks are to be sent to:

> Prisoner Accounts Receivable
> 103 Potter Stewart United States Courthouse
> 100 East 5th Street
> Cincinnati, Ohio  45202

IT IS SO ORDERED.

Date: November 24, 2025

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE

3

## CALCULATION OF INITIAL PARTIAL FILING FEE

Prisoner's name_____

Case no.

Average Monthly Balance $
     (For six month period preceding filing of complaint or notice of appeal)

Average Monthly Deposits $
     (For six month period preceding filing of complaint or notice of appeal)

Initial Partial Filing Fee $
     (the greater of the average monthly deposits or the average monthly balance x .20)

_____     _____

Date                       Signature of Authorized Officer

JS 44  (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KELLI PRATHER 383145091

## DEFENDANTS
PRESIDENT DONALD J. Trump
Ft Washington Dc

**(b)** County of Residence of First Listed Plaintiff  FAYETTE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Washington Dc
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED PRO SE OFFICE  26 MAR 25 PM 2 2

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [✓] 1  U.S. Government Plaintiff
- [✓] 3  Federal Question *(U.S. Government Not a Party)*
- [✓] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                             *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [✓] 1 | [✓] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | [ ] 625 Drug Related Seizure | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane    [ ] 365 Personal Injury - | of Property 21 USC 881 | [ ] 423 Withdrawal | [✓] 376 Qui Tam (31 USC |
| [ ] 130 Miller Act | [ ] 315 Airplane Product          Product Liability | [ ] 690 Other | 28 USC 157 | 3729(a)) |
| [ ] 140 Negotiable Instrument |          Liability    [ ] 367 Health Care/ | | **INTELLECTUAL** | [ ] 400 State Reapportionment |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel &          Pharmaceutical | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
|     & Enforcement of Judgment |          Slander          Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers'          Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted |          Liability    [ ] 368 Asbestos Personal | | [ ] 835 Patent - Abbreviated | [ ] 460 Deportation |
|     Student Loans | [ ] 340 Marine          Injury Product | | New Drug Application | [ ] 470 Racketeer Influenced and |
|     (Excludes Veterans) | [ ] 345 Marine Product          Liability | | [ ] 840 Trademark | Corrupt Organizations |
| [ ] 153 Recovery of Overpayment |          Liability    **PERSONAL PROPERTY** | | [ ] 880 Defend Trade Secrets | [ ] 480 Consumer Credit |
|     of Veteran's Benefits | [ ] 350 Motor Vehicle    [ ] 370 Other Fraud | **LABOR** | Act of 2016 |     (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle    [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards | | [ ] 485 Telephone Consumer |
| [ ] 190 Other Contract |          Product Liability    [ ] 380 Other Personal |     Act | **SOCIAL SECURITY** | Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal          Property Damage | [ ] 720 Labor/Management | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise |          Injury    [ ] 385 Property Damage |     Relations | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ |
| | [ ] 362 Personal Injury -          Product Liability | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | Exchange |
| |     Medical Malpractice | [ ] 751 Family and Medical | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** |     Leave Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights    **Habeas Corpus:** | [ ] 790 Other Labor Litigation | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting    [ ] 463 Alien Detainee | [ ] 791 Employee Retirement | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment    [ ] 510 Motions to Vacate |     Income Security Act | [ ] 870 Taxes (U.S. Plaintiff |     Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/          Sentence | | or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability |          Accommodations    [ ] 530 General | | [ ] 871 IRS—Third Party | [ ] 899 Administrative Procedure |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities -    [ ] 535 Death Penalty | | 26 USC 7609 | Act/Review or Appeal of |
| |          Employment    **Other:** | **IMMIGRATION** | | Agency Decision |
| | [ ] 446 Amer. w/Disabilities -    [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of |
| |          Other    [ ] 550 Civil Rights | [ ] 465 Other Immigration | | State Statutes |
| | [ ] 448 Education    [ ] 555 Prison Condition |     Actions | | |
| | [ ] 560 Civil Detainee - | | | |
| |          Conditions of | | | |
| |          Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [✓] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C.M 1983 one ted CH.4.8

Brief description of cause:
Qui Tam and 470 Racketeering Influenced Corrupt Org.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [✓] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE  March 18, 2026

SIGNATURE OF ATTORNEY OF RECORD  (Kelli Pr.. ) Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

JS 44 Reverse (Rev. 03/24)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of ~~Ohio~~ New York

| | |
|---|---|
| KELLI PRATHER _____ <br> *Plaintiff* <br><br> v. <br><br> PRESIDENT DONALD J. Trump _____ <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) |

2026 MAR 25  PM 2: 22
RECEIVED
SDNY PRO SE OFFICE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

President Donald J. Trump
1600 Pennsylvania Ave
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

KELL PRATHER 38314-509
Ashland-Satellite Camp
P.O. Box 1425
Lexington, KY 40512-4525

RECEIVED
SDNY PRO SE OFFICE

2026 MAR 25  PM 2: 22

Pro-Se



United States Courthouse
For The Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street Room 120
New York NY 10007-1312

RECEIVED
MAR 24 2026
CLERK'S OFFICE
S.D.N.Y.





